**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number (if known) _____

Chapter you are filing under:
- ☐ Chapter 7
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | 3920 Park Avenue Associates, L.P. | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 22-3582452 | |
| 4. | Debtor's address | **Principal place of business**<br><br>237 South Street<br>P.O. Box 2049<br>Morristown, NJ 07962<br>Number, Street, City, State & ZIP Code<br><br>Morris<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>Location of principal assets, if different from principal place of business<br><br>3920 Park Avenue Edison, NJ 08820<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>■ Partnership<br>☐ Other. Specify: | |

7. Describe debtor's business

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/.
   5311

8. Under which chapter of the Bankruptcy Code is the Debtor filing?

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the attachment to *Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

☐ No
☒ Yes

List all cases. If more than 1, attach a separate list

| Debtor | See Attachment | Relationship to you |
|---|---|---|
| District | When | Case number, if known |

11. **Why is the case filed in this district?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☑ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    Why does the property need immediate attention? (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard?

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other

    Where is the property?
    _____
    Number, Street, City, State & ZIP Code

    Is the property insured?
    ☐ No
    ☐ Yes. Insurance agency
            Contact name
            Phone

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*

    ☑ Funds will be available for distribution to unsecured creditors.

    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**

    ☑ 1-49
    ☐ 50-99
    ☐ 100-199
    ☐ 200-999
    ☐ 1,000-5,000
    ☐ 5001-10,000
    ☐ 10,001-25,000
    ☐ 25,001-50,000
    ☐ 50,001-100,000
    ☐ More than 100,000

15. **Estimated Assets**

    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ☑ $1,000,001 - $10 million
    ☐ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

16. **Estimated liabilities**

    ☐ $0 - $50,000
    ☐ $50,001 - $100,000
    ☐ $100,001 - $500,000
    ☐ $500,001 - $1 million
    ☐ $1,000,001 - $10 million
    ☑ $10,000,001 - $50 million
    ☐ $50,000,001 - $100 million
    ☐ $100,000,001 - $500 million
    ☐ $500,000,001 - $1 billion
    ☐ $1,000,000,001 - $10 billion
    ☐ $10,000,000,001 - $50 billion
    ☐ More than $50 billion

**Request for Relief, Declaration, and Signature**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   March 16, 2016
              MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Lawrence S. Berger
Printed name

Title   **Authorized Agent**

18. Signature of attorney

X _____
Signature of attorney for debtor

Date   March 16, 2016
       MM / DD / YYYY

Morris S. Bauer, Esq.
Printed name

Norris McLaughlin & Marcus, P.A.
Firm name

721 Route 202-206
Suite 200
Bridgewater, NJ 08807
Number, Street, City, State & ZIP Code

Contact phone   908-722-0700     Email address   mbauer@nmmlaw.com

039711990
Bar number and State

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | 3920 Park Avenue Associates, L.P. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## FORM 101. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | | |
|---|---|---|---|---|---|---|
| Debtor | 190 South Street Realty Holdings, L.P. | | | Relationship to you | | Affiliate |
| District | New Jersey | When | 3/16/15 | Case number, if known | | 15-14558 |
| Debtor | 199 Realty Corp. | | | Relationship to you | | Affiliate |
| District | New Jersey | When | 3/07/13 | Case number, if known | | 13-14776 |
| Debtor | 388 Route 22 Readington Holdings, LLC | | | Relationship to you | | Affiliate |
| District | New Jersey | When | 7/31/13 | Case number, if known | | 13-26699 |
| Debtor | Alsol Corporation | | | Relationship to you | | Affiliate |
| District | New Jersey | When | 2/11/13 | Case number, if known | | 13-12689 |
| Debtor | B & D Associates, Ltd. | | | Relationship to you | | Affiliate |
| District | New Jersey | When | 11/18/14 | Case number, if known | | 14-33428 |
| Debtor | Bank Building Associates Limited Partnership | | | Relationship to you | | Affiliate |
| District | New Jersey | When | 12/30/14 | Case number, if known | | 14-35958 |
| Debtor | Princeton Office Park, L.P. | | | Relationship to you | | Affiliate |
| District | New Jersey | When | 9/09/08 | Case number, if known | | 08-27149 |
| Debtor | Route 88 Office Associates, Ltd. | | | Relationship to you | | Affiliate |
| District | New Jersey | When | 9/11/12 | Case number, if known | | 12-32431 |
| Debtor | S B Building Associates Limited Partnership | | | Relationship to you | | Affiliate |
| District | New Jersey | When | 2/11/13 | Case number, if known | | 13-12682 |
| Debtor | SB Milltown Industrial Realty Holdings, LLC | | | Relationship to you | | Affiliate |
| District | New Jersey | When | 2/11/13 | Case number, if known | | 13-12685 |
| Debtor | Somerset Thor Building Realty Holdings, L.P. | | | Relationship to you | | Affiliate |
| District | New Jersey | When | 2/11/13 | Case number, if known | | 13-12660 |
| Debtor | South & Headley Associates, Ltd. | | | Relationship to you | | Affiliate |
| District | New Jersey | When | 9/14/13 | Case number, if known | | 14-28225 |
| Debtor | Sussex Randolph Building, L.P. | | | Relationship to you | | Affiliate |
| District | New Jersey | When | 12/03/14 | Case number, if known | | 14-34505 |

## RESOLUTION FOR 3920 PARK AVENUE ASSOCIATES, L.P.

I, **LAWRENCE S. BERGER**, the President of United States Realty Resources, Inc., the general partner of United States Land Resources, L.P. (the "Manager"), the manager of 3920 Park Avenue Associates, GP, L.P., the general partner of (the "General Partner") **3920 PARK AVENUE ASSOCIATES, L.P.** (the "Partnership"), a New Jersey limited partnership in accordance with the provisions of the "New Jersey Uniform Limited Partnership Law", certify that the following resolution was authorized:

**RESOLVED**, that **LAWRENCE S. BERGER**, the President of the general partner of the Manager of the General Partner of the Partnership, be and he is hereby authorized and directed on behalf of and in the name of the Partnership to execute and verify a voluntary petition (the "Petition") under the provisions of Title 11 of the United States Code (the "Bankruptcy Code") for the filing of a Chapter 11 case and to cause the Petition to be filed in the United States Bankruptcy Court for the District of New Jersey and to execute any ancillary documents relating thereto, including but not limited to schedules, lists and other papers or documents as required by the Bankruptcy Code, to take any and all actions, execute and file any and all documentation or pleadings, including but not limited to pleadings and documentation seeking court approval to sell all, substantially all, or specific assets of the Partnership pursuant to applicable provisions of the Bankruptcy Code, to file any plan or plans of reorganization for the Partnership necessary to effectuate a plan of reorganization, and to execute appropriate retention agreements, including relating to the retention of Norris McLaughlin & Marcus, PA, as attorneys for the Partnership in the Chapter 11 case, which retention is hereby ratified.

**IN WITNESS WHEREOF**, I have hereunto set my hand on this 16th day of March, 2016.

/s/ Lawrence S. Berger
Lawrence S. Berger, the President of United States Realty Resources, Inc., the General Partner of United States Land Resources, L.P., the manager of 3920 Park Avenue, GP, L.P., the of General Partner of 3920 Park Avenue Associates, L.P.

**Fill in this information to identify the case:**

Debtor name    3920 Park Avenue Associates, L.P.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets--Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
■ Other document that requires a declaration    List of Equity Holders & Verification of Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 16, 2016    X _____
Signature of individual signing on behalf of debtor

Lawrence S. Berger
Printed name

Authorized Agent
Position or relationship to debtor

Official Form 202            Declaration Under Penalty of Perjury for Non-Individual Debtors

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name: 3920 Park Avenue Associates, L.P.
United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| BJR Development<br>13 Applegate Street<br>Red Bank, NJ 07701 | | | | | | $106,504.00 |
| Avalanche Snow Inc.<br>13 Carriage Way<br>Millstone Township, NJ 08510 | | | | | | $59,385.00 |
| Petillo Enterprises<br>47 Dell Avenue<br>Kenvil, NJ 07847 | | | | | | $44,298.00 |
| Bankdirect Capital Finance<br>Two Conway Park<br>Suite 190<br>Lake Forest, IL 60045 | | | | | | $6,346.00 |
| IPFS Corp.<br>1055 Broadway<br>11th Floor<br>Kansas City, MO 64105 | | | | | | $2,401.46 |
| All American Landscape Contractors<br>134 North Lehigh Drive<br>Cranford, NJ 07016 | | | | | | $909.50 |
| Guaranteed Subpoena Service<br>P.O. Box 2248<br>Union, NJ 07083 | | | | | | $84.95 |

## United States Bankruptcy Court
### District of New Jersey

In re: 3920 Park Avenue Associates, L.P.

Debtor(s)

Case No.
Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| 3920 Park Avenue Associates, GP, L.P.<br>c/o Berger & Bornstein, P.A.<br>237 South Street<br>P.O. Box 2049<br>Morristown, NJ 07962 | | 50% | General Partner |
| United States Land Resources, L.P.<br>c/o Berger & Bornstein, P.A.<br>237 South Street<br>P.O. Box 2049<br>Morristown, NJ 07962 | | 50% | Limited Partner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Authorized Agent of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  March 16, 2016

Signature  Lawrence S. Berger

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of New Jersey

In re   3920 Park Avenue Associates, L.P.

Debtor(s)

Case No.
Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   March 16, 2016

Lawrence S. Berger/Authorized Agent
Signer/Title

```
All American Landscape            Republic Bank
Contractors                       50 S. 16th Street
134 North Lehigh Drive            Suite 2400
Cranford, NJ 07016                Philadelphia, PA 19102


Avalanche Snow Inc.               United States Land Resources
13 Carriage Way                   237 South Street
Millstone Township, NJ 08510      Morristown, NJ 07960




Bankdirect Capital Finance        William Fiore, Esq.
Two Conway Park                   Meyer & Landis LLP
Suite 190                         One Gateway Center
Lake Forest, IL 60045             Suite 2500
                                  Newark, NJ 07102


BJR Development
13 Applegate Street
Red Bank, NJ 07701




Guaranteed Subpoena Service
P.O. Box 2248
Union, NJ 07083




IPFS Corp.
1055 Broadway
11th Floor
Kansas City, MO 64105



MTAG as Custodian for Alterna Funding I
c/o Honig & Greenberg, LLC
1949 Berlin Road
Suite 200
Cherry Hill, NJ 08003

MTAG as Custodian for Empire VII NJ
P.O. Box 2096
Hicksville, NY 11802




Petillo Enterprises
47 Dell Avenue
Kenvil, NJ 07847




Realty Management Assoc.
237 South Street
Morristown, NJ 07960
```